

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2022

No. 04-21-00533-CV

**IN THE ESTATE OF MAGDALENE B. MZYK**, Deceased

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellant's brief was originally due July 28, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to August 11, 2022. On August 17, 2022, appellant filed a motion requesting an additional extension of time to file the brief until August 26, 2022, for a total extension of 28 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by AUGUST 26, 2022**.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2022.



Michael A. Cruz,
Clerk of Court